UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

LUCAS CRAIG LAMAY,

        Plaintiff,

v.

TOM ROY, Commissioner,
KENT GRANDLIENARD, Warden,
MIKE GREEN, AW,
TAMMY WHORELY, Program Director,
COREY BALLANTYNE, Food Director,
RACHEL CULLIVER, Guard,
VICTORIA PARLIN, Guard,
ANTHONY QUINN, Guard,
NICK WITTER, Sgt.,
WICK VIDAL, Guard, and
MIKE COSTELLO, Lt.,

        Defendants.

Civil No. 12-2153 (MJD/JJG)

**ORDER ON REPORT AND RECOMMENDATION**

    The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted.

    Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

    **IT IS HEREBY ORDERED** that:

    1.    The Report and Recommendation are **ADOPTED**;

    2.    Plaintiff's application to proceed in forma pauperis, (Doc. No. 2), is **DENIED**; and

3. This action is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: November 27, 2012         s/Michael J. Davis
                                 MICHAEL J. DAVIS
                                 Chief United States District Judge